**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Joseph P. Valenti aka Joseph Peter Valenti aka Joseph Valenti aka Joe Peter Valenti aka Joe Valenti dba J & J Custom Homes aka Joe P. Valenti** | **BK NO. 16-04925 RNO** |
| **Irene A. Valenti aka Irene Ann Valenti aka Irene Valenti** | **Chapter 13** |
| **Debtor(s)** | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Goldman Sachs Mortgage Company and index same on the master mailing list.

Respectfully submitted,

/s/Rebecca A. Solarz
Rebecca Solarz
12 Oct 2020, 15:43:35, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322