United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Joseph P. Valenti  
Irene A. Valenti  
    Debtors

Case No. 16-04925-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: Jan 28, 2022      Form ID: 3180W      Total Noticed: 56

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Joseph P. Valenti, Irene A. Valenti, 107 Manor Lane, Canadensis, PA 18325-7851 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 4861955 | + | AES/PHEAA, PO BOX 61047, HARRISBURG, PA 17106-1047 |
| 4861959 | | BUR OF COLLECTIONS & TAXPAPER SVCS, PO BOX 281210, HARRISBURG, PA 17128-1210 |
| 4861964 | + | DISCOVER BANK, C/O FMA ALLIANCE LTD, 12339 CUTTEN ROAD, HOUSTON, TX 77066-1807 |
| 4861967 | + | FIA CARD SERVICES, C/O BANK OF AMERICA, PO BOX 982284, EL PASO, TX 79998-2284 |
| 4861970 | + | GEISINGER COMMUNITY MED CENTER, 1800 MULBERRY STREET, SCRANTON, PA 18510-2369 |
| 4861971 | | GEISINGER HEALTH SYSTEM, PO BOX 27727, NEWARK, NJ 07101-7727 |
| 5335660 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5335661 | + | Goldman Sachs Mortgage Company, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Goldman Sachs Mortgage Company Serviced by Select Portfolio Servicing, |
| 4861973 | + | KOHLS DEPT STORES, C/O NORTHLAND GROUP INC, PO BOX 390846, MINNEAPOLIS, MN 55439-0846 |
| 4861976 | + | LVNV FUNDING/CITIBANK, C/O ALLTRAN FINANCIAL LP, PO BOX 610, SAUK RAPIDS, MN 56379-0610 |
| 4861977 | + | LVNV FUNDING/CITIBANK, C/O J C CHRISTENSEN & ASSOCIATES, PO BOX 519, SAUK RAPIDS, MN 56379-0519 |
| 5391190 | + | Legacy Mortgage Asset Trust 2020-GS4 et, al., C/O SPS, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5391191 | + | Legacy Mortgage Asset Trust 2020-GS4 et, al., C/O SPS, P.O. Box 65250, Salt Lake City, UT 84165, Legacy Mortgage Asset Trust 2020-GS4 et, C/O SPS 84165-0250 |
| 4861983 | | ROSEMARY ALLOCCO, 107 MANOR LANE 1ST FLOOR, CANADENSIS, PA 18325-7851 |
| 4861984 | | SCD&H, 930 NORTH NINTH STREET, STROUDSBURG, PA 18360-1208 |
| 4861985 | + | SONJA MARDER, 1307 CORONO COURT, THE VILLAGES, LADY LAKE, FL 32159-8647 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4861954 | + | EDI: PRA.COM | Jan 28 2022 23:48:00 | ADVANTA BANK CORP, C/O PORTFOLIO RECOVERY ASSOCIATES, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502-4952 |
| 4861956 | + | Email/Text: Bankruptcies@nragroup.com | Jan 28 2022 18:45:00 | ASPEN DENTAL, C/O NATIONAL RECOVERY AGENCY, 2491 PAXTON STREET, HARRISBURG, PA 17111-1036 |
| 4906110 | | EDI: AIS.COM | Jan 28 2022 23:48:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 4861957 | + | EDI: BANKAMER.COM | Jan 28 2022 23:48:00 | BANK OF AMERICA, PO BOX 982238, EL PASO, TX 79998-2238 |
| 4861958 | + | EDI: BANKAMER.COM | Jan 28 2022 23:48:00 | BANK OF AMERICA HOME MTG, 4161 PIEDMONT PKWY, GREENSBORO, NC 27410-8119 |
| 4861960 | | EDI: CAPITALONE.COM | Jan 28 2022 23:48:00 | CAPITAL ONE BANK, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4861961 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2022 18:54:01 | CHASE, C/O ROUNDUP FUNDING LLC, PO BOX 91121, SEATTLE, WA 98111-9221 |
| 4889032 | + | EDI: WFNNB.COM | | |

| Record | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| | | Jan 28 2022 23:48:00 | COMENITY CAPITAL BANK, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 4861963 | Email/PDF: creditonebknotifications@resurgent.com | Jan 28 2022 18:53:51 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 4886285 | Email/PDF: bncnotices@becket-lee.com | Jan 28 2022 18:53:43 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 4861965 | EDI: DISCOVER.COM | Jan 28 2022 23:48:00 | DISCOVER FINANCIAL SERVICES, PO BOX 15316, WILMINGTON, DE 19850 |
| 4863732 | EDI: DISCOVER.COM | Jan 28 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4866839 | EDI: ECMC.COM | Jan 28 2022 23:48:00 | ECMC, PO BOX 16408, ST PAUL, MN 55116-0408 |
| 4861966 | Email/PDF: bncnotices@becket-lee.com | Jan 28 2022 18:54:01 | FIA CARD SERV ICES/BANK OF AMERICA, C/O ECAST SETTLEMENT CORP, PO BOX 35480, NEWARK, NJ 07193-5480 |
| 4861968 | Email/PDF: bncnotices@becket-lee.com | Jan 28 2022 18:53:50 | FIA CARD SERVICES/BANK OF AMERICA, C/O E-CAST SETTLEMENT CORP, PO BOX 35480, NEWARK, NJ 07193-5480 |
| 4861969 | Email/Text: ELDABBASM@FREEDOMCU.ORG | Jan 28 2022 18:45:00 | FREEDOM CREDIT UNION, CENTERPOINTE OFFICE CENTER, 626 JACKSONVILLE RD SUITE 250, WARMINSTER, PA 18974-4862 |
| 4883041 | + Email/Text: ELDABBASM@FREEDOMCU.ORG | Jan 28 2022 18:45:00 | Freedom Credit Union, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 4861972 | EDI: IRS.COM | Jan 28 2022 23:48:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4861962 | EDI: JPMORGANCHASE | Jan 28 2022 23:48:00 | CHASE MORTGAGE, PO BOX 24696, COLUMBUS, OH 43224 |
| 4897453 | EDI: JPMORGANCHASE | Jan 28 2022 23:48:00 | JPMorgan Chase Bank, N.A., Chase Records Center, Attn: Corresponden, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 4861974 | Email/Text: PBNCNotifications@peritusservices.com | Jan 28 2022 18:45:00 | KOHLS/CAPITAL ONE, PO BOX 3115, MILWAUKEE, WI 53201-3115 |
| 4861975 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2022 18:53:44 | LVNV FUNDING/CITIBANK, C/O RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603-0587 |
| 4877570 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2022 18:53:43 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4905122 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2022 18:53:44 | LVNV Funding, LLC its successors and assigns as, assignee of Roundup Funding L.L.C., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4881345 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2022 18:53:52 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4861978 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 28 2022 18:53:43 | MERRICK BANK, 10705 S JORDAN GTWY STE 200, SOUTH JORDAN, UT 84095-3977 |
| 4874614 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 28 2022 18:53:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4861980 | EDI: PENNDEPTREV | Jan 28 2022 23:48:00 | PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4861980 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 4861979 | | EDI: PENNDEPTREV | Jan 28 2022 18:45:00 | PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4861979 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2022 23:48:00 | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| | | | Jan 28 2022 18:45:00 | PA DEPT OF REVENUE, BANKRUPTCY DIVISION, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4861981 | + | EDI: RMSC.COM | Jan 28 2022 23:48:00 | PAYPAL CREDIT, PO BOX 5138, TIMONIUM, MD 21094-5138 |
| 4906702 | | EDI: PRA.COM | Jan 28 2022 23:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4889288 | + | EDI: RECOVERYCORP.COM | Jan 28 2022 23:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4862821 | + | EDI: PENNDEPTREV | Jan 28 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 4862821 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 28 2022 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 4861982 | + | Email/Text: bkdepartment@rtresolutions.com | Jan 28 2022 18:45:00 | REAL TIME SOLUTIONS, 1349 EMPIRE CENTRAL DR, SUITE 150, DALLAS, TX 75247-4029 |
| 4905526 | | Email/Text: bkdepartment@rtresolutions.com | Jan 28 2022 18:45:00 | Real Time Resolutions, Inc., 1349 Empire Central Drive, Suite 150, Dallas, Texas 75247-4029 |
| 5110702 | + | Email/Text: bncmail@w-legal.com | Jan 28 2022 18:45:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121, SYNCHRONY BANK, c/o Weinstein & Riley, P.S. 98121-3132 |
| 5110701 | + | Email/Text: bncmail@w-legal.com | Jan 28 2022 18:45:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 4861986 | | EDI: CITICORP.COM | Jan 28 2022 23:48:00 | THE HOME DEPOT/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |

TOTAL: 41

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | SYNCHRONY BANK, c/o Weinstein & Riley, P.S, 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0314-5 | User: AutoDocke | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Jan 28, 2022 | Form ID: 3180W | Total Noticed: 56 |

Date: Jan 30, 2022  Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Mario John Hanyon | on behalf of Creditor JPMorgan Chase Bank National Association pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 serviced by Select Portfolio Servicing Inc. bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Goldman Sachs Mortgage Company bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Legacy Mortgage Asset Trust 2020-GS4 bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor JPMorgan Chase Bank National Association tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Joseph P. Valenti lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 2 Irene A. Valenti lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 9

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Joseph P. Valenti<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0029<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Irene A. Valenti<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8184<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:16–bk–04925–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph P. Valenti
aka Joseph Valenti, aka Joseph Peter Valenti,
aka Joe Peter Valenti, aka Joe P. Valenti, aka
Joe Valenti, dba J & J Custom Homes

Irene A. Valenti
aka Irene Ann Valenti, aka Irene Valenti

**By the court:**

1/28/22

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**