## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JOSEPH P. VALENTI                                    Case No.: 5-16-04925-MJC
IRENE A. VALENTI                                     Chapter 13
              Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | SELECT PORTFOLIO SERVICING |
| Court Claim Number: | 15 |
| Last Four of Loan Number: | 9960/PRE ARREARS/1 MANOR LANE |
| Property Address if applicable: | 107 MANOR LANE, , CANADENSIS, PA18325-7851 |

**PART 2:**                     **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $1,474.44 |
| b. | Prepetition arrearages paid by the Trustee: | $1,474.44 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $1,474.44 |

**PART 3:**                     **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**          **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  February 1, 2022                        Respectfully submitted,

                                        s/ Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        eMail:  info@pamd13trustee.com

Creditor Name: SELECT PORTFOLIO SERVICING
Court Claim Number: 15

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|-------|---------|------|-----------|----------|------------|
| 5200 | 9004264 | 09/19/2017 | $85.65 | $0.00 | $85.65 |
| 5200 | 9004345 | 10/11/2017 | $194.39 | $0.00 | $194.39 |
| 5200 | 9004421 | 11/08/2017 | $193.55 | $0.00 | $193.55 |
| 5200 | 9004503 | 12/05/2017 | $193.56 | $0.00 | $193.56 |
| 5200 | 9004584 | 01/11/2018 | $193.56 | $0.00 | $193.56 |
| 5200 | 9004662 | 02/08/2018 | $314.53 | $0.00 | $314.53 |
| 5200 | 9004741 | 03/08/2018 | $299.20 | $0.00 | $299.20 |

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

    JOSEPH P. VALENTI                     Case No.: 5-16-04925-MJC
    IRENE A. VALENTI                      Chapter 13
          Debtor(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 1, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| VINCENT RUBINO, ESQUIRE<br>712 MONROE STREET<br>P.O. BOX 511<br>STROUDSBURG PA,  18360-0511 | SERVED ELECTRONICALLY |
| SELECT PORTFOLIO SERVICING<br>PO BOX 65250<br>SALT LAKE CITY, UT,  84165 | SERVED BY 1ST CLASS MAIL |
| JOSEPH P. VALENTI<br>IRENE A. VALENTI<br>107 MANOR LANE<br>CANADENSIS, PA  18325-7851 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 1, 2022                      s/   Donna Schott
                                        Jack N. Zaharopoulos
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        eMail:  info@pamd13trustee.com